IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RAYMOND TORRES, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | No. CIV-04-935-C |
| | ) | |
| T. C. PETERSON and GAIL FORD, | ) | |
| | ) | |
| Respondents | ) | |

MEMORANDUM OPINION AND ORDER

This matter is before the Court on the Supplemental Report and Recommendation entered by the United States Magistrate Judge on April 11, 2005. The court file reflects that no party has objected to the Supplemental Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Supplemental Report and Recommendation in its entirety.

Accordingly, the Supplemental Report and Recommendation of the Magistrate Judge is adopted and the petition for writ of habeas corpus is denied. A judgment will enter accordingly.

IT IS SO ORDERED this 24th day of May, 2005.

ROBIN J. CAUTHRON
United States District Judge